PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Eduardo Diaz                                          Cr.: 02CR289-01

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 08/14/02

Original Offense: Importation of Heroin

Original Sentence: 37 months imprisonment followed by a four year term of Supervised Release

Special Conditions: Drug testing and treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/15/04

*[Stamp: RECEIVED MAR 20 2006 JOSEPH A. GREENAWAY, JR. United States District Judge]*

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender was enrolled into the U.S. Probation Office random urine testing (RUT) while being supervised in the Eastern District of New York office. The offender failed to report for drug testing on 10/17/05, 11/21/05, 12/08/05, 12/13/05 and 01/10/06. On January 18, 2006, the offender submitted a urine screen which returned positive for the presence of Cocaine and Opiates. |

U.S. Probation Officer Action:
The offender was confronted with the positive toxicology report, specifically cocaine. The offender had a prescription for Hydro-codeine which would result in a positive for opiates. The offender denied any relapse, but agreed to return to out-patient treatment.. The offender will be attending one group session per week and two individual sessions per month.. Should the offender incur another relapse his level of substance abuse treatment will be reassessed and increased accordingly. No action is requested at this time. If continued non-compliance is noted the Court will be notified.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 3/13/06

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

3-22-06
Date