PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Eduardo Ali Diaz                                                                 Cr.: 02-CR-0289-01

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 08-13-02

Original Offense: Importation of Heroin

Original Sentence: 37 months of imprisonment; 4 years of supervised release

Type of Supervision: Supervised Release                                    Date Supervision Commenced: 03-13-04

### PETITIONING THE COURT

[✓] To modify the conditions of supervision as follows. The addition of the following special condition(s):

### CAUSE

Based on the offender's unstable residence, lack of employment, non-compliance with treatment, we respectfully request that the court consider placement in a Residential Re-Entry Center (RRC) for a period of six months.

Respectfully submitted,

By: Kevin M. Villa
U.S. Probation Officer
Date: 04-29-08

THE COURT ORDERS:

[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-6-08
Date